**No. 10-10148. Mary L. Landry, Petitioner v. United States.**

563 U.S. 1015, 131 S. Ct. 2920, 179 L. Ed. 2d 1259, 2011 U.S. LEXIS 3945.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 631 F.3d 597.